UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
S.R. and M.C. on behalf of M.C., et al.,

                Plaintiffs,

-against-                                      08 Civ. 1035 (LAK)

THE BOARD OF EDUCATION OF THE CITY SCHOOL
DISTRICT OF THE CITY OF NEW YORK,

                Defendant.
------------------------------------x

**ORDER**

Lewis A. Kaplan, *District Judge.*

      Plaintiffs shall show cause, on or before February 22, 2008, why an order should not be entered requiring that the complaint and the caption be amended so as to set forth the names of all of the parties in accordance with Fed. R. Civ. P. 10(a).

      SO ORDERED.

Dated:     February 13, 2008

                                               Lewis A. Kaplan
                                            United States District Judge