UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/08

S.R. and M.C. on behalf of M.C., M.M. on behalf of E.G.,
G.M. on behalf of M.S.M., A.D. and S.D. on behalf of
E.D., L.K. on behalf of E.I., D.S. and A.S. on behalf of
A.S., P.P. on behalf of A.S., P.O. on behalf of A.P., K.B
and J.B. on behalf of W.B., C.R. on behalf of J.R., M.K
on behalf of C.K., S.T. on behalf of M.T., D.S. on behalf
of J.S., B.M. and C.E. on behalf of L.E., D.B. on behalf of
J.B., C.R, and A.D, on behalf of N.C.R., C.K., on behalf
of T.K., and B.P. and T.R. on behalf of P.P.R.,

Plaintiffs,

-against-

THE BOARD OF EDUCATION OF THE CITY
SCHOOL DISTRICT OF THE CITY OF NEW YORK,

Defendant(s).

----------------------------------------------------------X

STIPULATION AND ORDER
~~OF ADJOURNMENT~~

Case Number:

08 cv 1035

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned that plaintiff's time to respond to the Complaint is extended from February 22, 2008 to March 24, 2008.

For the purpose of this Stipulation and Order ~~of Adjournment~~, facsimile signatures shall be considered originals.

Dated: New York, New York
February 20, 2008

Stewart Lee Karlin
9 Murray Street, Suite 4W
New York, New York 10007
(212) 514-5000
Attorney for Plaintiffs

By: _____
Stewart Lee Karlin

2/21/08
_____
Date

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
100 Church Street, Room 2-173
New York, New York 10007
(212) 788-8710
Attorney for Defendants

By: _____
Michael Suarez
Assistant Corporation Counsel

SO ORDERED: _____
Judge