

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

SUSAN RAMER and MARK COLEMAN on behalf of
MILES COLEMAN, MARSHA COLEMAN, MARSHA
MASON on behalf of ELIAS GOLDMAN, GAIL
MCCRAY on behalf of MARK SHEPARD MCCRAY,
SAUITS DEOPERSAUD AND ANANTROM
DEOPERSAUD on behalf of EMILY DEOPERSAUD,
LISA KAUFMAN on behalf of EMILY ISAAC,
DEBORAH STARK AND ANTHONY STRK on behalf of
AARON PERLSTEIN, JOSHUA BAUMAN AND
KATHRYN BAUMAN on befalk of WILLIAM
BAUMAN, CAROLINE RAMPONE on behalf of
JOSEPH RAMPONE, MARK KOURETSOS on behalf of
CAROLINE KOURESTSOS, SANDRA TURNER on
behalf of MALCOLM TURNER, DIANE
SCHOTTENSTEIN on behalf of JESSICA
SCHOTTENSTEIN, BECKY MODE AND CHRIS
ERICKSON on behalf of LEO ERICKSON, DEBORAH
BARALL on befalf of JASON BARALL, CEDRIC ROSE
AND ANGELA DECASTRO on behalf of NILE
DECASTRO-ROSE, CLAUDIA KESTENBERG on behalf
of TAL KESTENBERG and BRAD PRUNTY and TONY
RUSSON on behalf of PABLO PRUNTY RUSSO,

                              Plaintiff(s),

- against -

THE BOARD OF EDUCATION OF THE CITY SCHOOL
DISTRICT OF THE CITY OF NEW YORK,

                              Defendant(s).

------------------------------------------------------------------x

STIPULATION AND ORDER

Case Number: 08 CV 1035 (LAK)

      **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned that defendant's time to respond to the Complaint is extended from April 25, 2008 to May 9, 2008.

Sent By: STEWART LEE KARLIN PA;        9544623151;        Apr-24-08 20:48;        Page 3/3

For the purposes of this Stipulation and Order, facsimile signatures shall be considered originals.

Dated: New York, New York
April 24, 2008

Stewart Lee Karlin
Attorney for Plaintiffs
9 Murray Street, Suite 4W
New York, New York 10007
(212) 732-9450

By: _____
    Stewart Lee Karlin

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
100 Church Street, Room 2-173
New York, New York 10007
(212) 788-8710
Attorney for Defendants

By: _____
    Michael Suárez

SO ORDERED: _____
            Judge

4/28/08