

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MICHAEL SUAREZ**
phone: 212-788-8710
fax: 212-788-0877
email: msuarez@law.nyc.gov

May 7, 2008

**MEMO ENDORSED**

**BY HAND**
The Honorable Lewis A. Kaplan
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1310
New York, NY 10007

> Re:   Susan Ramer, et al. v. The Board of Education of the City of New York
>        08-CV-1035 (LAK) (THK)

Dear Judge Kaplan:

        I am the Assistant Corporation Counsel assigned to the above-referenced action. I write jointly, on behalf of all parties, to request a 30 day extension of the defendants' time to respond to the Complaint, and for a corresponding adjournment of the initial conference currently scheduled for May 9, 2008.

        In this case, 17 separate plaintiffs are seeking reimbursement of attorney's fees, pursuant to 20 U.S.C. §§ 1415 (i)(3)(A)-(G), incurred in connection with numerous administrative proceedings held between 2005 and 2007. Plaintiffs were represented by the Law Offices of Neal Rosenberg in each of the proceedings. Since the commencement of this action, the parties have been attempting to resolve the claims, and while this is defendants' fourth request for an extension of time, the parties are pleased to report that they have now resolved more than half of the underlying claims in this action. Specifically, a settlement has been reached with respect to 10 of the 17 claims. As to those claims, plaintiff has agreed to discontinue the action with prejudice pursuant to Fed. R. Civ. P. 41(a). Additionally, the parties have agreed that one of the 17 claims should be withdrawn with prejudice. As for the remaining 6 claims, the parties are continuing to try to resolve them, and anticipate that they will be resolved promptly, and within the next 30 days.

MEMO ENDORSED

SO ORDERED

LEWIS A. KAPLAN USDJ