UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

SUSAN RAMER and MARK COLEMAN on behalf of MILES COLEMAN, MARSHA COLEMAN, MARSHA MASON on behalf of ELIAS GOLDMAN, GAIL MCCRAY on behalf of MARK SHEPARD MCCRAY, SAUITS DEOPERSAUD AND ANANTRUM DEOPERSAUD on behalf of EMILY DEOPERSAUD, LISA KAUFMAN on behalf of EMILY ISAAC, DEBORAH STARK AND ANTHONY STRK on behalf of AARON PERLSTEIN, JOSHUA BAUMAN AND KATHRYN BAUMAN on befalk of WILLIAM BAUMAN, CAROLINE RAMPONE on behalf of JOSEPH RAMPONE, MARK KOURETSOS on behalf of CAROLINE KOURESTSOS, SANDRA TURNER on behalf of MALCOLM TURNER, DIANE SCHOTTENSTEIN on behalf of JESSICA SCHOTTENSTEIN, BECKY MODE AND CHRIS ERICKSON on behalf of LEO ERICKSON, DEBORAH BARALL on befalf of JASON BARALL, CEDRIC ROSE AND ANGELA DECASTRO on behalf of NILE DECASTRO-ROSE, CLAUDIA KESTENBERG on behalf of TAL KESTENBERG and BRAD PRUNTY and TONY RUSSON on behalf of PABLO PRUNTY RUSSO,

**STIPULATION OF DISMISSAL**

Case Number: 08 CV 1035 (LAK)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/08

                               Plaintiff(s),

- against -

THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,

                               Defendant(s).

----------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that pursuant to Fed. R. Civ P. 41(a)(1)(ii), the above captioned action is hereby dismissed with prejudice.

Sent By: 7 WEST LAWYERS;            212 732 4443;            Jun-6-08 16:14;            Page 3/3
                                                Fax:              Jun 5 2008 03:17pm P003/003

For the purpose of this Stipulation, facsimile signatures shall be considered originals.

Dated: New York, New York
       June 5, 2008

Stewart Lee Karlin                          MICHAEL A. CARDOZO
Attorney for Plaintiffs                     Corporation Counsel of the
9 Murray Street, Suite 4W                   City of New York
New York, New York 10007                    100 Church Street, Room 2-173
(212) 732-9450                              New York, New York 10007
                                            (212) 788-8710
                                            Attorney for Defendants

By: _____                 By: _____
       Stewart Lee Karlin                          Michael Suarez

Notwithstanding anything to the contrary herein, any papers filed under seal in this action may be made part of the public record on or after 6/11, 20 13 unless the Court otherwise orders.

SO ORDERED.
Dated: 6/11/08   _____
                       U.S.D.J.

C:\NrPortbl\Legal\CBARLOW\2006053_1.DOC            2                    06/05/08 4:06 PM